No. 80–6861. SMITH v. KEET, JUDGE. Sup. Ct. Mo. Certiorari denied.

No. 80–6862. ROYSE v. WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–6865. STEBBINS v. ARMSTRONG ET AL. Ct. App. D. C. Certiorari denied.

No. 80–6866. SNEAD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6867. ROOTS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION. C. A. 5th Cir. Certiorari denied.

No. 80–6868. WIDEMON v. NINETY-FIFTH CONGRESS ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6869. OF OAKKNOLL v. BRADFORD HOSPITAL. C. A. 3d Cir. Certiorari denied.

No. 80–6870. CARR v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 80–6871. MCCRARY v. LEFEVRE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 80–6872. ADAMS v. STATE BAR OF WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–6873. FLASHNER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 80–6874. WHITE v. SOWDERS, REFORMATORY SUPERINTENDENT, ET AL. C. A. 6th Cir. Certiorari denied.